AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| MICHELE SMITH,<br>      Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>      Defendant. | **JUDGMENT**<br>**CASE NO. 4:12-CV-237-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 21] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 23] is GRANTED, the Defendant's final decision is AFFIRMED, and the action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 25, 2013,** WITH A COPY TO:

Lawrence Wittenberg (via CM/ECF electronic notification)
Peter A. Heinlein (via CM/ECF electronic notification)

| | |
|---|---|
| <u>November 25, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>  <u>/s/Debby Sawyer</u><br>  (By) Deputy Clerk |

Raleigh, North Carolina